LINDA M. MORONEY (SBN: 172668)
lmoroney@grsm.com
RYAN B. POLK (SBN: 230769)
rpolk@grsm.com
KEVIN LIU (SBN: 295287)
kliu@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
ROBERT BONSALL AND
BEESON, TAYER, & BODINE APC

KENNETH C. ABSALOM
kenabsalom@333law.com
LAW OFFICE OF KENNETH C. ABSALOM
340 Pine Street, Suite 503
San Francisco, CA 94104
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Plaintiffs
ROLANDO PIMENTEL AND
ZACHARIAS SALAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO PIMENTEL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT BONSALL, et al., <br><br> Defendants. | CASE NO. 3:18-cv-01958-EMC <br><br> Related to Case No. 18-cv-00411-EMC <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER RE AMENDMENT OF COMPLAINT AND DISCOVERY** (MODIFIED) <br><br> Date: August 30, 2018 <br> Time: 1:30 p.m. <br> Courtroom: 5, 17th Floor <br> Judge: Hon. Edward M. Chen <br><br> Complaint Filed: February 2, 2018 <br> Trial Date: Not set |

Plaintiffs Rolando Pimentel and Zacharias Salas ("Plaintiffs") and Defendants Robert Bonsall and Beeson, Tayer, & Bodine APC ("Defendants") (collectively, "the Parties") having met and conferred subsequent to the Case Management Conference held on May 31, 2018, hereby submit the following stipulation. The parties agree:

1. Plaintiffs will not be amending the Complaint as against Defendants Robert Bonsall and Beeson, Tayer, & Bodine APC at this time, but reserve the right to do so after the pending motion to dismiss is resolved.

2. Pursuant to this Court's Civil Minutes of the May 31, 2018 Case Management Conference, counsel for the parties met and conferred on June 8, 2018 regarding the scope of discovery to be conducted between now and August 30, 2018, and have no disputes to report.

Dated: June 11, 2018                    GORDON REES SCULLY MANSUKHANI, LLP

                                        By:    */s/ Ryan B. Polk*
                                               Linda M. Moroney
                                               Ryan B. Polk
                                               Kevin Liu
                                        Attorneys for Defendants
                                        ROBERT BONSALL AND
                                        BEESON, TAYER, & BODINE APC

Dated: June 11, 2018                    Law Office of Kenneth C. Absalom

                                        By:  */s/ Kenneth C. Absalom*
                                             Kenneth C. Absalom
                                             *Counsel for Plaintiffs Pimental and Salas*

## **ATTESTATION**

In accordance with Civ. L.R. 5.1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: June 11, 2018

                                        By:    */s/ Kevin Liu*
                                               Kevin Liu

---

1 **IT IS SO ORDERED.**  Motion to dismiss and CMC reset from 8/30/18 to 9/6/18
                        at 1:30 p.m. Joint CMC statement due 8/30/18.
2

3  DATED: \_\_\_6/12_____, 2018
4                                         _____
                                           HONORABLE EDWARD M. CHEN
                                           United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

STIPULATION AND [PROPOSED] ORDER; Case No. 3:18-cv-01958-EMC

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the date below, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER RE AMENDMENT OF COMPLAINT AND DISCOVERY**

☐ **BY ELECTRONIC MAIL**: I hereby certify that on _____2018, a copy of the foregoing documents were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

☐ **BY OVERNIGHT MAIL.** I deposited said document(s) by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by and overnight delivery services company as part of the ordinary business practices of Gordon Rees Scully Mansukhani, LLP, described below, addressed as set forth below.

☐ **BY U.S. MAIL:** I placed the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth below.

☒ **BY ELECTRONIC FILING**. I hereby certify that on June 11, 2018, a copy of the foregoing documents were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorneys for Plaintiff:**

Kenneth C. Absalom
Law Office of Kenneth C. Absalom
340 Pine Street, Suite 503
San Francisco, CA 94104
Phone: (415) 392-5040
Fax: (415) 392-3729
Email: kenabsalom@333law.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

1  I declare under penalty of perjury under the laws of the United States of America that I am
2  employed in the office of a member of the Bar of this Court at whose direction the service was
3  made.
4  
5  Executed on June 11, 2018, at San Francisco, California.

By: /s/ *Mary Grogan*